Tom W. RODGERS; Juan P. Lewis, Appellants,

v.

CITY OF ST. LOUIS, Department of Safety Division of Corrections; G. Hughes, C.O.; Unknown Kevers, C.O.; Unknown Clemons, C.O.; Unknown Clemens, Capt.; Unknown Casey, Capt.; Unknown Stewart, Lt.; Alice Pollard–Buckingham; Unknown Roberts, Lt., Appellees.

No. 02–2207.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 6, 2002.

Filed Aug. 22, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Tom Rodgers appeals from the district court's[1] dismissal without prejudice of his

42 U.S.C. § 1983 complaint.[2] We conclude that the district court did not abuse its discretion in dismissing Mr. Rodgers's complaint without prejudice after he failed to comply with a court order. *See* Fed. R.Civ.P. 41(b); *Edgington v. Missouri Dep't of Corr.*, 52 F.3d 777, 779–80 (8th Cir.1995). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

2. Juan Lewis did not submit a timely notice of appeal, and therefore is not a proper appellant.